IN THE UNITED STATES DISTRICT COURT
FOR THE SOUNTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA E. BISHOP, individually, and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 15-832-SMY-PMF<br>) |
| vs. | )<br>) |
| FAIRMOUNT PARK, INC., | )<br>) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW Christopher E. Roberts and Butsch Roberts & Associates and hereby enter their appearance on behalf of Plaintiff, Patricia E. Bishop.

**BUTSCH ROBERTS & ASSOCIATES, LLC**

By: /s/Christopher E. Roberts
David T. Butsch, #06205434
Christopher E. Roberts, #06302857
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
(314) 863-5700 (telephone)
(314) 863-5711 (fax)
Butsch@Butschroberts.com
Roberts@Butschroberts.com

Attorneys for Plaintiff

Certificate of Service

I hereby certify that on August 20, 2015 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court for the United States District Court for the Southern District of Illinois through the Court's electronic filing system and that this filing was sent to all counsel of record through the Court's electronic filing system.

/s/ Christopher E. Roberts